THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES V. ALBERT A. VOLK, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, and Callahan, JJ.

FRANKLIN SURETY COMPANY and the STATE SUPERINTENDENT OF INSURANCE, as Liquidator of FRANKLIN SURETY COMPANY, V. UNITED STATES FIDELITY & GUARANTY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MARY L. MCNAMARA V. JAMES F. MCNAMARA.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SAMUEL FRIEDMAN V. BOARD OF EDUCATION OF THE CITY OF NEW YORK and CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See ante, p. 318; Id. p. 976.] Present — Martin, P. J., O'Malley, Glennon, Dore and Callahan, JJ.

MAX WEISS V. MEYER WALLACH, PAUL ABELSKY and FANNIE NOVEMBER.— Motion for reargument and for other relief denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of CARL F. W. MICHNER for an Order against PAUL J. KERN and Others, Commissioners, etc.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HOME OWNERS' LOAN CORPORATION V. IRVING S. SLOMKA.— Motion for reargument and for other relief denied. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of MARY SULLIVAN, Guardian ad Litem for TIMOTHY J. SULLIVAN, an Incompetent, for an Order against the BOARD OF ESTIMATE OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of PAUL E. TUTHILL.— Motion for leave to the Court of Appeals denied. [See ante, p. 539.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.